Laura E. Krank
Attorney at Law: 220208
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: Laura_rk.office@speakeasy.net

Attorneys for Plaintiff
MS. SYLVIA MELGOZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MELGOZA, | Case No.: 1:10-CV-00812-GSA |
| Plaintiff, | **ORDER EXTENDING BRIEFING SCHEDULE** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

The Court is sympathetic to the loss suffered by Plaintiff's counsel and will grant the request in this instance. However, because of the Plaintiff's counsel's continuing pattern of seeking extensions of time after the deadline has passed, she is advised that sanctions may issue in the future if this pattern continues.

//
//
//
//

Based upon the stipulation of the parties, and for cause shown,

-1-

1  IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to
2  and include February 2, 2011, within which to file her Opening Brief, and that all
3  other deadlines set forth in the May 11, 2010, Case Management Order shall be
4  extended accordingly.

5

6

7  IT IS SO ORDERED.

8      Dated:   **January 7, 2011**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26